| Attorney or Party Name, Address, Telephone & FAX Numbers, State Bar Number & Email Address | FOR COURT USE ONLY |
|---|---|
| Brian J. Soo-Hoo 228298<br>1905 N. Main Street<br>Santa Ana, CA 92706<br>(714) 589-2252 Fax: (714) 589-2254<br>228298 CA<br>ecf@bankruptcylawpros.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for Movant* | **FILED & ENTERED**<br><br>**JAN 27 2025**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** jle    **DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA–  SANTA ANA  DIVISION**

| In re:<br><br>**Anita De Barge,**<br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NUMBER: **8:24-bk-13281-MH**<br>CHAPTER: 13 |
|---|---|
|  | **ORDER ☒ GRANTING    ☐ DENYING**<br>**MOTION FOR ORDER IMPOSING A STAY OR CONTINUING THE AUTOMATIC STAY** |
|  | ☐ No hearing held<br>☒ Hearing held<br>DATE: **Jan. 23, 2025**<br>TIME: **1:30PM**<br>COURTROOM: **6C**<br>ADDRESS: **411 W Fourth Street, Santa Ana, CA 92701** |

**Movant**(name): ANITA DE BARGE

1. The Motion was:    ☐ Opposed    ☒ Unopposed    ☐ Settled by stipulation

2. The Motion affects the following property (Property):

    ☐ Vehicle *(describe year, manufacturer, type and model)*:

    *Vehicle identification number:*
    *Location of vehicle (if known):*

---

*"Bankruptcy Code" and "11 U.S.C." refer to the United States Bankruptcy Code, Title 11 of the United States Code.*
*"FRBP" refers to the Federal Rules of Bankruptcy Procedure. "LBR" and "LBRs" refer to the Local Bankruptcy Rule(s) of this court.*

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2018    Page 1    F 4001-1.IMPOSE.STAY.ORDER

☐ Equipment *(describe manufacturer, type, and characteristics)*:

    *Serial numbers(s):*
    *Location (if known):*

☐ Other personal property *(describe type, identifying information, and location)*:

☒ Real property:

    *Street Address:*     27861 Trellis Way
    *Unit Number:*
    *City, State, Zip Code:*  Laguna Niguel, CA 92677

Legal description or document recording number *(including county of recording)*:

    **COUNTY: Orange**
    **N-TRACT: 15364**
    **BLOCK: LOT: 14**
    **APN: 636-482-52**

☐ See attached page.

3. The Motion is granted on the grounds that:
   a. ☒ This case was filed in good faith.
   b. ☐ The Property is of consequential value or benefit to the estate.
   c. ☒ The presumption of bad faith under 11 U.S.C. § 362(c)(3)(C)(i) or (c)(4)(D)(i) has been overcome as to all creditors.
   d. ☒ The presumption of bad faith as to the Secured Creditor/Lessor under 11 U.S.C. § 362(c)(3)(C)(ii) or (c)(4)(D)(ii) has been overcome.

4. The stay of 11 U.S.C. § 362(a) is
   a. ☐ Imposed *as to all creditors* until further order of the court.
   b. ☐ Imposed as to the Secured Creditor/Lessor with respect to actions to collect the debt owed to the Secured Creditor/Lessor until further order of the court.
   c. ☐ Imposed as to the Secured Creditor/Lessor with respect to the Property until further order of the court.
   d. ☒ Continued *as to all creditors* until further order of the court.
   e. ☐ Continued in effect as to the Secured Creditor/Lessor with respect to actions to collect the debt owed to the Secured Creditor/Lessor until further order of the court.
   f. ☐ Continued in effect as to the Secured Creditor/Lessor with respect to the Property until further order of the court.

5. ☐ The stay is imposed or continued in effect subject to the terms and conditions set forth in the Adequate Protection Attachment to this order.

6. ☐ See attached continuation page for additional provisions.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2018      Page 2      **F 4001-1.IMPOSE.STAY.ORDER**

7. ☐ The Motion is denied:    ☐ without prejudice    ☐ with prejudice    ☐ on the following grounds:

   a. ☐ Based upon the findings of fact and conclusions of law made on the record at the hearing
   b. ☐ Unexcused non-appearance by Movant
   c. ☐ Lack of proper service
   d. ☐ Lack of good cause shown for relief from stay
   e. ☐ Other (*specify*):

###

Date: January 27, 2025

Mark Houle
United States Bankruptcy Judge

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2018*    Page 3    **F 4001-1.IMPOSE.STAY.ORDER**